JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** MA  **Category No.** II  **Investigating Agency:** MA-OIG, USPIS

**City:** Boston
**County:** Suffolk

**Related Case Information:**
Superseding Ind./Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number: n/a
Search Warrant Case Number: n/a
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  [ ] Yes  [✓] No

**Defendant Name:** Alihea Jones    Juvenile: [ ] Yes  [✓] No

Is this person an attorney and/or a member of any state/federal bar: [ ] Yes  [✓] No

**Alias Name:** _____
**Address:** 4067 Caspian Trace, Snellville, GA 30039
**Birth date (Yr only):** 1973  **SSN (last 4#):** 3121  **Sex:** F  **Race:** B  **Nationality:** US
**Defense Counsel if known:** Michael L. Tumposky   **Address:** 88 Broad St., Ste 101, Boston, MA 02210
**Bar Number:** 660618

**U.S. Attorney Information**

**AUSA:** Christine Wichers   **Bar Number if applicable:** 631857

**Interpreter:** [ ] Yes  [✓] No   List language and/or dialect: _____

**Victims:** [✓] Yes  [ ] No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  [ ] Yes  [✓] No

**Matter to be SEALED:** [ ] Yes  [✓] No

[ ] Warrant Requested   [✓] Regular Process   [ ] In Custody

**Location Status:** _____

**Arrest Date:** _____

[ ] Already in Federal Custody as of _____ in _____
[ ] Already in State Custody at _____  [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** [ ] Complaint  [✓] Information  [ ] Indictment
**Total # of Counts:** [ ] Petty  [ ] Misdemeanor  [ ] Felony 5

Continue on Page 2 for Entry of U.S.C. Citations

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 7/3/24   **Signature of AUSA:** Christine Wichers

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Alihea Jones

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1343 | Wire Fraud | 1-5 |
| Set 2 | 18 USC 981(a)(1)(C), 28 USC 2461(c) | Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013